1024

No. 87–6594.   WESSELMAN v. SEABOLD, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 87–6604.   LEWIS v. UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 87–6619.   WILLIAMS v. WATER ET AL.   C. A. 6th Cir. Certiorari denied.

No. 87–6630.   GONZALEZ v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–6645.   CLARK v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 87–6647.   JOCHIM v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 87–6652.   SOTELLO v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–6669.   IBRAHIM v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 87–6676.   KHAN v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 87–6685.   CALLE-CARDENAS ET AL. v. UNITED STATES. C. A. 1st Cir.   Certiorari denied.